■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant. (Appeal No. 2.) [921 NYS2d 609]— Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered August 9, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Johnson* (83 AD3d 1513 [2011]). Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. MAULL, Also Known as POOCHIE, Appellant. (Appeal No. 2.) [922 NYS2d 218]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered June 26, 2009. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE R. HORN, Appellant. (Appeal No. 1.) [921 NYS2d 611]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered March 15, 2010. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

Now, upon reading and filing the stipulation discontinuing appeal signed by defendant and the attorneys for the parties on April 4, 2011,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.